UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re ) | |
| ) | |
| Atna Resources Inc., et al. ) | Case No. 15-22848-JGR |
| ) | Chapter 11 |
| Debtor. ) | |
| _____ ) | |
| ) | |
| Atna Liquidating Trust. ) | Adversary Proceeding No. 17-01557-JGR |
| ) | |
| Kenneth J. Buechler, Liquidating Trustee, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | |
| ) | |
| Wells Fargo Equipment Finance, Inc., ) | |
| ) | |
| ) | |
| ) | |
| Defendant. ) | |

**DISCLOSURE OF PLAINTIFF'S EXPERT REPORT PURSUANT TO
FED.R.BANKR.P. 7026**

The Atna Liquidating Trust through Kenneth J. Buechler in his Capacity as the Trustee of the Atna Liquidating Trust hereinafter ("Plaintiff"), by its attorneys, Buechler & Garber, LLC, respectfully discloses his expert, Robert E. Kleeman, Jr., CPA/ABV, ASA Managing Director of OnPointe Financial Valuation Group, LLC's expert report pursuant to Fed.R.Bankr.P. 7026:

1. Robert Kleemans' Report, Background and Qualifications, and statement of compensation to be paid, is attached hereto as Exhibit A.

DATED this 14th day of May, 2018.

        Respectfully submitted,
        BUECHLER & GARBER, LLC

        */s/ Michael J. Guyerson*

        Michael J. Guyerson, #11279
        999 18th Street, Suite 1230-S
        Denver, Colorado 80202
        Tel: 720-381-0045
        Fax: 720-381-0382
        ken@bandglawoffice.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 14, 2018, I served by prepaid first class mail [or other acceptable means, i.e. via hand delivery] a copy of the **DISCLOSURE OF PLAINTIFF'S EXPERT REPORT PURSUANT TO FED.R.BANKR.P. 7026**, on all parties against whom relief is sought and those otherwise entitled to service pursuant to FED.R.BANKR.P. and these L.B.R. at the following addresses:

**Via CM/ECF:**

Douglas Brown

        By: */s/ Celina Worley*
             For Buechler Law Office, L.L.C.